# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:12-mj-010 |
| ) | |
| Adonis Ramirez Segura ) | Charging District: Puerto Rico |
| *Defendant* ) | Charging District's Case No. 3:11-cr-589 (41) GAG |

AMENDED

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Magistrate Judge Camille L. Velez-Rive<br>Federico Degetau Federal Building,<br>150 Carlos Chardon Avenue, San Juan PR 00918-1767 | Courtroom No.: 11 on the 4th Floor |
|---|---|---|
| | | Date and Time: 5/29/2012 9:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 5/10/2012

/s/ Terence P. Kemp
*Judge's signature*

Terence P. Kemp, U.S. Magistrate Judge
*Printed name and title*